An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WALTER KANEEKI CLARK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66671

FILED

JAN 29 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING REHEARING

Rehearing denied. NRAP 40(c).

It is so ORDERED.[1]

_____, C.J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Eighth Judicial District Court, Dept. 20
     Law Office of Lisa Rasmussen
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Walter Kaneeki Clark

---

[1]If appellant believes that he has been deprived of his direct appeal due to ineffective assistance of counsel or other interference, he must file a post-conviction petition for a writ of habeas corpus under NRS chapter 34 in the district court. *See also* NRAP 4(c).

15-03229